

Littler Mendelson, PC
One Newark Center – 8th Floor
Newark, New Jersey 07102

Eric A. Savage
212.583.2695 direct
212.583.9600 main
973.215.2620 fax
esavage@littler.com



February 19, 2016

**VIA FEDEX**
Ms. Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:    Steven J. Trzaska v. L'Oréal USA, Inc. et al.
       Case No. 15-3810 - District Court No. 2:15-CV-2713 (SDW)

Dear Ms. Waldron:

We write on behalf of L'Oreal, S.A. as a follow-up to our telephone conversation of February 5, 2016 in connection with the case brought by plaintiff-appellant Steven J. Trzaska against defendant-appellee L'Oréal USA, Inc.

We seek confirmation that for the reasons set forth in our letter to the Court dated January 4, 2016, the Order entered by the District Court on October 30, 2015 with respect to L'Oréal, S.A. is now a final Order which cannot be appealed, and that as such, L'Oreal, S.A. is not a party to the pending appeal. L'Oréal, S.A. is not required to submit a Notice of Appearance or any other documents in connection with this matter, which will proceed only as between Mr. Trzaska and L'Oreal USA, Inc.

We remain available for any questions that the Court may deem necessary.

Respectfully submitted,

Eric A. Savage

EAS

cc:    Daniel Bencivenga, Esq.
       Christopher R. Carton, Esq.

Firmwide:138726832.1 026585.1041

littler.com