# RAYNES MCCARTY
### TRIAL AND APPELLATE LAWYERS

Harold I. Goodman
E-mail: higoodman@raynesmccarty.com



RECEIVED
FEB 22 2016
U.S.C.A. 3rd. CIR

February 22, 2016

**VIA HAND DELIVERY**

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Room 21400
Philadelphia, PA  19106-1790

  RE:  Trzaska v. L'Oréal USA, Inc., *et al.*
       Appeal No. 15-3810
       District Court No. 2:15-CV- 2713 (SDW)

Dear Ms. Waldron:

   In response to the February 19, 2016 correspondence of Eric Savage, plaintiff-appellant Steven Trzaska reiterates his view that L'Oréal, S.A., remains a party to this appeal.  The reasons for Mr. Trzaska's position are set forth in my annexed correspondence to you of January 5, 2016.

                              Respectfully submitted,

                              Harold I. Goodman

HIG/db
Attachment
cc w/ att.:   Eric A. Savage, Esquire (Via E-mail:  esavage@littler.com)
              Christopher R. Carton, Esquire  (Via E-mail: christopher.carton@klgates.com)

Reply to Rittenhouse Square

1845 Walnut Street - 20th Floor
Philadelphia, PA 19103
(215) 568-6190 - Fax (215) 988-0618

www.raynesmccarty.com

One Greentree Centre
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
(856) 854-1556

# RAYNES MCCARTY
### TRIAL AND APPELLATE LAWYERS



Harold I. Goodman
E-mail: higoodman@raynesmccarty.com

January 5, 2016

**VIA ECF FILING**

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Room 21400
Philadelphia, PA  19106-1790

    RE:  Trzaska v. L'Oréal USA, Inc., *et al.*
            Appeal No. 15-3810
            District Court No. 2:15-CV- 2713 (SDW)

Dear Ms. Waldron:

    In response to the January 4, 2016 correspondence of Eric Savage, plaintiff-appellant Steven Trzaska does not share Mr. Savage's opinion that L'Oréal, S.A. is not a party to this appeal.

    As noted in appellant's Concise Summary of the Case, appellant Steven Trzaska, a patent attorney, brought suit against his former employer L'Oréal USA, Inc. and its parent company, L'Oréal, S.A. (collectively "L'Oréal" unless otherwise indicated) for retaliatory discharge under New Jersey's Conscientious Employee Protection Act, N.J.S.A., § 34:19-1 *et seq.* ("CEPA").  As set out in his First Amended Complaint, Mr. Trzaska opposed and refused to participate in a patent quota system mandated by L'Oréal under which he and the lawyers he supervised were required to file a set number of patent applications with the U.S. Patent and Trademark Office ("PTO") without regard to whether the underlying inventions were patentable.  For that, he was fired.

Reply to Rittenhouse Square

1845 Walnut Street - 20th Floor
Philadelphia, PA 19103
(215) 568-6190 - Fax (215) 988-0618

www.raynesmccarty.com

One Greentree Centre
10,000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
(856) 854-1556

RAYNES McCARTY

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
January 5, 2016
Page 2

On July 22, 2015, L'Oréal USA moved to dismiss Mr. Trzaska's First Amended Complaint based solely on his purported failure to state a claim within the meaning of Fed.R.Civ.P. 12(b)(6). On October 9, 2015, L'Oréal, S.A., a French corporation, separately moved to dismiss Mr. Trzaska's First Amended Complaint for insufficient service of process pursuant to Fed.R.Civ.P. 12(b)(5).

On October 30, 2015, the Honorable Susan D. Wigenton of the United States District Court for the District of New Jersey (Newark Vicinage) issued an Opinion dismissing Mr. Trzaska's Amended Complaint for failure to state a claim under Fed.R.Civ.P. 12(b)(6). Judge Wigenton issued two Orders in connection with the Opinion. In the first Order (from which Mr. Trzaska here appeals), Judge Wigenton granted the Rule 12(b)(6) motion of L'Oréal USA. By separate Order, Judge Wigenton denied the Rule 12(b)(5) motion of L'Oréal, S.A as "moot," but dismissed L'Oréal, S.A. as a party under Rule 12(b)(6) -- relying for dismissal on the Rule 12(b)(6) Order and Opinion she issued in connection with L'Oréal USA. See Order attached.

Given that L'Oréal, S.A. never moved for dismissal pursuant Rule 12(b)(6) -- and that its dismissal was wholly predicated on the Order and Opinion dismissing L'Oréal USA (from which Mr. Trzaska has appealed) -- Mr. Trzaska does not believe he was required to separately notice Judge Wigenton's second mootness Order in order to preserve his appellate rights against L'Oréal, S.A. See Sulima v. Tobyhanna Army Depot, 602 F.3d 177, 184 (3d Cir. 2010) (" '[O]ur jurisprudence liberally construes notices of appeal.' In this vein, we have held that we can exercise jurisdiction over orders not specified in the Notice of Appeal if: '(1) there is a connection between the specified and unspecified orders; (2) the intention to appeal the unspecified order is apparent; and (3) the opposing party is not prejudiced and has a full opportunity to brief the issues.' " (citations omitted)). See also MCI Telecommunications Corp. v. Teleconcepts, Inc., 71 F.3d 1086, 1092 (3d Cir. 1995) (same).

Here, the only issue on appeal is whether the District Court properly dismissed Mr. Trzaska's First Amended Complaint under Fed.R.Civ.P. 12(b)(6). That issue, clearly, implicates both L'Oréal defendants. Indeed, that was the only reason the District Court

RAYNES MCCARTY

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
January 5, 2016
Page 3

dismissed Mr. Trzaska's claim against L'Oréal, S.A. and chose not to address the Rule 12(b)(5) motion it filed.

For this reason, we believe L'Oréal, S.A. should enter an appearance and file a corporate disclosure statement, as this Court requested, if it seeks to defend the Rule 12(b)(6) dismissal granted in its favor by the District Court.

Respectfully submitted,

Harold I. Goodman

HIG/db
Attachment

cc w/ att.:   Eric A. Savage, Esquire (Via E-mail: esavage@littler.com)
Christopher R. Carton, Esquire (Via E-mail: christopher.carton@klgates.com)
George Peter Barbatsuly, Esquire (Via E-mail: george.barbatsuly@klgates.com)
Laura Scully, Esquire (Via E-mail: laura.scully@klgates.com)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVEN J. TRZASKA,<br><br>    Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC. and L'ORÉAL, S.A.,<br><br>    Defendants. | Civil Action<br>No. 2:15-cv-02713-SDW-SCM<br><br>**ORDER**<br><br>October 30, 2015 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Defendant L'Oréal S.A.'s Motion to Dismiss Plaintiff Steven J. Trzaska's Complaint and First Amended Complaint for insufficient service of process, pursuant to Federal Rule of Civil Procedure 12(b)(5), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion and Order dated October 30, 2015 (Docket Entries 43 and 44),

**IT IS** on this 30th day of October, 2015

**ORDERED** that Defendant's Motion is **DISMISSED AS MOOT** and Plaintiff's Claims against Defendant are **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON**
**UNITED STATES DISTRICT JUDGE**

1

Orig: Clerk
cc:   Steven C. Mannion, U.S.M.J.
       Parties