OFFICE OF THE CLERK

**MARCIA M. WALDRON**  UNITED STATES COURT OF APPEALS  TELEPHONE
**CLERK**  FOR THE THIRD CIRCUIT  215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

February 24, 2016

Harold I. Goodman, Esq.
Raynes McCarty
1845 Walnut Street
20th Floor
Philadelphia, PA 19103

Eric A. Savage, Esq.
Littler Mendelson
900 Third Avenue
8th Floor
New York, NY 10022

Dear Counsel:

     This acknowledges receipt of several letters to the Clerk concerning the decision by Appellee L'Oreal, S.A. not to participate in this appeal. No action will be taken on this correspondence. Appellees are not required to participate in an appeal. If any party wishes to present legal argument to the Court, it must be presented in that party's brief or in a properly filed motion filed pursuant to FRAP 27, specifying the grounds for the motion, the relief sought, and the legal argument supporting it.

     The burden rests on Appellant to demonstrate that the District Court erred in its disposition of the underlying action. The Court independently will determine its jurisdiction over the appeal. It is noted that, by declining to enter an appearance and file a brief, Appellee's particular opposition to any issue raised by Appellant will not be presented to the Court.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Maria, Case Manager
    267-299-4937

cc:
George P. Barbatsuly, Esq.
Daniel Bencivenga, Esq.
Christopher R. Carton, Esq.
Laura Scully, Esq.