UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 19, 2016
CCO-072

No. 15-3810

STEVEN J. TRZASKA,
                               Appellant
v.

L'OREAL USA, INC.; L'OREAL, S.A

(D.N.J. No. 2-15-cv-02713)

Present: FISHER and JORDAN, Circuit Judges

    1. Motion by Appellee, L'Oreal, S.A, to Dismiss Appeal as to L'Oreal, S.A. Party Only.

    2. Response by Appellant to Motion to Dismiss Appeal as to L'Oreal, S.A. Party Only.

                                                                          Respectfully,
                                                                          Clerk/mlr

_____ORDER_____
The foregoing shall be referred to the merits panel.


                                                       By the Court,


                                                     *s/ D. Michael Fisher*
                                                     Circuit Judge

Dated: April 20, 2016

mlr/cc:
    Daniel Bencivenga, Esq.
    Harold I. Goodman, Esq.
    George P. Barbatsuly, Esq.
    Christopher R. Carton, Esq.
    Laura Scully, Esq.