UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 5, 2016
GCO-015

No. 15-3810

STEVEN J. TRZASKA,
                Appellant

v.

L'OREAL USA, INC.; L'OREAL, S.A.

(D.N.J. No. 2-15-cv-02713)

Present: RESTREPO, Circuit Judge

1. Motion by Appeellee, L'Oreal USA, Inc. to Seal Appendix Exhibits A-C of the Amended Complaint and Portions of Documents Referring to These Exhibits, Including paragraphs 33-37 of the Amended Complaint.

2. Response by Appellant to Motion to Seal Exhibits A-C of the Amended Complaint and Portions of Documents Referring to These Exhibits, Including Paragraphs 33-37 of the Amended Complaint.

                Respectfully,
                Clerk/mlr

_____ORDER_____

The foregoing motion is granted.

                By the Court,

                s/L. Felipe Restrepo
                Circuit Judge

Dated: May 6, 2016

mlr/cc:
George P. Barbatsuly, Esq.
Daniel Bencivenga, Esq.
Christopher R. Carton, Esq.
Harold I Goodman, Esq.
Eric A. Savage, Esq.
Laura Scully, Esq.