UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 15-3810

STEVEN J. TRZASKA,
Appellant

v.

L'OREAL USA, INC.; L'OREAL, S.A.

It has come to the Court’s attention that the method used by the Appellee L’Oreal USA, Inc. to redact its brief permits a person to remove any redaction by copy and pasting the redacted text. Accordingly, the method for redaction chosen by Appellee L’Oreal USA does not provide sufficient protection for the submitted material.

At the direction of the Court, the Clerk has restricted the redacted version of the brief so as to preserve the confidential material.

Appellee L’Oreal USA is ordered to file a revised electronic version of the redacted brief within 7 days from the date of this order. Appellee L’Oreal USA shall use proper tools for redaction in order to adequately protect from public disclosure.

It is not clear whether Appellee L’Oreal USA submitted other documents using the same method of redaction. If so, Appellee L’Oreal USA should take the steps necessary to correct the error.

For the Court,

Marcia M. Waldron

Marcia M. Waldron, Clerk
Date: November 10, 2016

MCW/cc: Daniel Bencivenga, Esq.
Harold I. Goodman, Esq.
George P. Barbatsuly, Esq.
Christopher R. Carton, Esq.
Laura Scully, Esq.
Eric A. Savage, Esq.